IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW BRIAN SPOWART,

    Petitioner,                    No. 2:11-cv-1375 GEB KJN P

    vs.

GARY SWARTHOUT,

    Respondent.                  ORDER

_____/

        Pending for decision before this court is petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the May 2009 decision of the Board of Parole Hearings denying petitioner parole, and deferring for three years petitioner's next parole suitability hearing. Also pending is respondent's motion to dismiss the petition.

        Absent from the record are petitioner's underlying state court petitions for writ of habeas corpus, as filed in the Shasta County Superior Court, the California Court of Appeal, and the California Supreme Court. This information is necessary for the court to determine whether petitioner properly exhausted his claims in the state courts before bringing them to the federal court.

////

////

1

Accordingly, PETITIONER IS HEREBY DIRECTED to submit to the court, within fourteen (14) days after the filing date of this order, as "Lodged Documents," one copy each of his pertinent petitions filed in the Shasta County Superior Court, the California Court of Appeal, and the California Supreme Court.[1]  Petitioner need not include any exhibits to these petitions, only the petitions themselves; nor need petitioner submit copies of the decisions of these courts, which are already part of the record.

SO ORDERED.

DATED:  March 27, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

spow1375.hc.fb

---

[1] If this requirement presents a hardship to petitioner, he shall so inform the court within the fourteen-day deadline, supported by a declaration explaining such hardship; the court would then consider whether to direct respondent to provide copies of the petitions.

2