IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW BRIAN SPOWART,

      Petitioner,           No. 2:11-cv-1375 GEB KJN P

    vs.

GARY SWARTHOUT,

      Respondent.      ORDER

_____/

        For the reasons stated in petitioner's "Ex Parte Motion of Hardship to Produce Lodged Documents" (Dkt. No. 19), and previously authorized by the court (Dkt. No. 15 at 2 n.1), respondent is hereby directed to submit to the court, within fourteen (14) days after service of this order, one complete copy of each of petitioner's habeas corpus petitions filed, respectively, in: (1) the Shasta County Superior Court, on March 1, 2010 (Case No. 10HB1604); and (2) the California Court of Appeal, Third Appellate District, on April 27, 2010 (Case No. C064860).

        SO ORDERED.

DATED:  May 15, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

spow1375.ord.re.docs

1